

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Darrell Emerson Nelson, DEFENDANT(S). | CASE NUMBER 8:18-MJ-00011 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __January 19__, __2018__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Karen E. Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/18/18

U.S. District Judge/Magistrate Judge
**KAREN E. SCOTT**